UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| A&E Printing, Inc. d/b/a A&E Digital Printing, | ) ) ) | C.A. No.: 2:23-cv-4496-RMG |
| Plaintiff, | ) ) | **DEFENDANT BLACKBOARD INSURANCE COMPANY'S NOTICE OF REMOVAL** |
| v. | ) ) | |
| Blackboard Insurance, Inc., | ) ) | |
| Defendant. | ) ) | |

Defendant Blackboard Insurance Company, incorrectly named as Blackboard Insurance, Inc. (hereinafter "Blackboard"), through its counsel Robert M. Peele, III and Andrew T. Smith of Collins and Lacy, P.C., files this Notice of Removal in the above-captioned case from the Charleston County Court of Common Pleas to the United States District Court for the District of South Carolina, Charleston Division pursuant to 28 U.S.C. §§ 1332, 1441, and 1446. Defendant Blackboard would respectfully show into this Honorable Court:

1. This action was commenced by the service of a Summons and Complaint against Defendant Blackboard, which service was accepted by the South Carolina Department of Insurance on August 14, 2023 on behalf of Defendant Blackboard. The deadline to remove this matter is September 13, 2023.

2. Defendant Blackboard is a foreign corporation, having been incorporated in the state of Delaware and maintaining its principal place of business of New York. Additionally, there are no other defendants named in this lawsuit. Consequently, there is complete diversity among the parties.

3. Plaintiff's Complaint is silent as to the amount in controversy; however, the jurisdictional threshold of over $75,000.00 in damages is met by Plaintiff's demand for punitive damages. The amount in controversy requirement for federal jurisdiction may be satisfied by a demand for punitive damages if it is possible under state law for a jury to award the jurisdictional amount. See Ryan v. State Farm Mut. Auto. Ins. Co., 934 F.2d 276, 277 (11th Cir. 1991); see also Woodward v. Newcourt Commercial Finance Corp., 60 F.Supp.2d 530, 532 (D.S.C. 1999). Plaintiff prays for punitive damages in its cause of action for insurance bad faith. (See Compl. at ¶ 27.). Although Blackboard denies that punitive damages should be awarded against it in this action, punitive damages may awarded in an action like this one, where there is a cause of action for insurance bad faith. See Nichols v. State Farm Mut. Ins. Co., 279 S.C. 336, 340, 306 S.E.2d 616, 619 (1983). Based upon this information, Defendant Blackboard submits there is sufficient evidence that the amount in controversy exceeds the jurisdictional threshold for removal.

4. Defendant Blackboard files herewith copies of all process, pleadings, and order served upon them in this action as part of this notice.

5. Defendant Blackboard will file a copy of this Notice of Removal with the Clerk of Court of Charleston County, South Carolina, and will serve a copy upon counsel for Plaintiff.

WHEREFORE, Defendant Blackboard prays this Honorable Court accept this Notice of Removal that is being filed and that this Honorable Court take jurisdiction of the above-entitled case and all further proceedings in said cause in the Court of Common Pleas, County of Charleston, State of South Carolina be stayed.

[SIGNATURE PAGE TO FOLLOW]

          Respectfully submitted,
          COLLINS & LACY, P.C.

By:   *s/ Robert M. Peele, III*
      Robert M. Peele, III, Esquire
      Fed. ID#: 11373
      rpeele@collinsandlacy.com
      Andrew T. Smith, Esquire
      Fed. ID#: 13814
      asmith@collinsandlacy.com
      Post Office Box 12487
      Columbia, SC 29211
      803.256.2660
      803.771.4484 (fax)

**ATTORNEYS FOR BLACKBOARD INSURANCE COMPANY**

**DEFENDANT BLACKBOARD INSURANCE COMPANY'S NOTICE OF REMOVAL**

September 7, 2023
Columbia, South Carolina